UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

CIVIL ACTION NO. 20-39-DLB-EBA

JACK L. NAGEL, JR.                                                                                      PLAINTIFF

v.                                                      **ORDER**

OTIS ELEVATOR CO., et al.                                                                      DEFENDANTS

\*\*\*   \*\*\*   \*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court upon the August 11, 2020 Report and Recommendation ("R&R") of United States Magistrate Judge Edward B. Atkins (Doc. # 25), wherein he recommends that Otis Elevator Company's Motion to Dismiss be denied as moot. No objections having been filed, and the time to do so having now expired, the R&R is ripe for the Court's consideration. The Court having reviewed the R&R, concluding that it is sound, and being otherwise sufficiently advised,

**IT IS ORDERED** as follows:

(1)   The Magistrate Judge's Report and Recommendation ("R&R") (Doc. # 25) is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court; and

(2)   Otis Elevator Company's Motion to Dismiss (Doc. # 12) is hereby **DENIED AS MOOT**.

This 27th day of August, 2020.



Signed By:
*David L. Bunning*  DB
United States District Judge